UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MICHAEL JAMES DUFRESNE, Plaintiff,

v.    Civil Action No. 3:17-cv-176-DJH

WELLS FARGO NATIONAL
ASSOCIATION, et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Michael James Dufresne has filed a notice of voluntary dismissal with prejudice as to the claims against Defendant Equifax Information Services, LLC (Docket No. 22), no answer or motion for summary judgment having been filed by Equifax, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC stand **DISMISSED** with prejudice and are **STRICKEN** from the Court's active docket. This order does not, and is not intended to, affect Plaintiff's claims against any other Defendant in this action.

June 27, 2017

**David J. Hale, Judge**
**United States District Court**