# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| MICHAEL JAMES DUFRESNE,<br>    Plaintiff, | CASE NO. 3:17-cv-00176-DJH-LLK<br><br>**ELECTRONICALLY FILED** |
| vs. | Judge David J. Hale<br>Magistrate Judge Lanny King |
| WELLS FARGO NATIONAL ASSOCIATION<br>d/b/a WELLS FARGO DEALER SERVICES;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; EQUIFAX INFORMATIONSERVICES,<br>LLC; and TRANS UNION, LLC;<br>    Defendants. | |

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC ONLY

Plaintiff, Michael James Dufresne, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Plaintiff and Trans Union will file a Stipulation And [Proposed] Order Of Dismissal With Prejudice shortly, once the settlement is consummated.

Respectfully submitted,


*s/ David W. Hemminger (with consent)*
David W. Hemminger
Hemminger Law Office, PSC
616 S. Fifth Street
Louisville, KY 40202
Telephone:  502-443-1060
Email: hemmingerlawoffice@gmail.com

*Counsel for Plaintiff, Michael James Dufresne*


 *s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **30th day of June, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | Sam Carl, Esq. sambcarl@gmail.com |
|---|---|
| Emmett E. Robinson, Esq. erobinson@jonesday.com | Emmett E. Robinson, Esq. erobinson@jonesday.com |
| Marisa E. Main, Esq. Marisa.main@dinsmore.com | M. Jane Brannon, Esq. mjbrannon@jacksonkelly.com |
| Mary R. Terry, Esq. Maryross.terry@dinslaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **30th day of June, 2017**, properly addressed as follows:

| None. | |
|---|---|

    *s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*