UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MICHAEL JAMES DUFRESNE,    Plaintiff,

v.    Civil Action No. 3:17-cv-176-DJH

WELLS FARGO NATIONAL
ASSOCIATION, et al.,    Defendants.

\* \* \* \* \*

### ORDER

Plaintiff Michael James Dufresne and Defendant Wells Fargo National Association have filed a stipulation of dismissal with prejudice as to the claims against Defendant Wells Fargo National Association. (Docket No. 24) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Plaintiff's claims against Defendant Wells Fargo National Association stand **DISMISSED** with prejudice and are **STRICKEN** from the Court's active docket. This order does not, and is not intended to, affect Plaintiff's claims against any other Defendant in this action.

July 7, 2017

**David J. Hale, Judge
United States District Court**

1