# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| MICHAEL JAMES DUFRESNE,<br><br>       Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br><br>       Defendants. | Case No. 3:17-cv-176-DJH-LLK |

## NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

      Plaintiff Michael James Dufresne and Defendant Experian Information Solutions, Inc. ("Experian") hereby give notice that they have reached a settlement and are in the process of executing a final settlement agreement. After the parties have fully executed the final settlement agreement, they will file a joint motion to dismiss Experian with prejudice.

Dated: October 17, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ David W. Hemminger (by permission)<br>David W. Hemminger<br>Hemminger Law Office, PSC<br>616 S. Fifth Street<br>Louisville, KY 40202<br>(502) 443-1060<br>hemmingerlawoffice@gmail.com<br><br>Sam Carl, PSC<br>616 S. Fifth Street<br>Louisville, KY 40202<br>(502) 583-3898<br>Fax: (502) 589-3004<br>sambcarl@gmail.com<br><br>*Attorney for Plaintiff* | /s/ Emmett E. Robinson<br>Margaret Jane Brannon<br>JACKSON KELLY, PLLC<br>175 E. Main St., Suite 500<br>Lexington, KY 40507<br>Telephone: 859-255-9500<br>Facsimile: 859-288-2849<br>mjbrannon@jacksonkelly.com<br><br>Emmett E. Robinson (*pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, OH  44114<br>Telephone:  216-586-3939<br>Facsimile:  216-579-0212<br>E-mail:  erobinson@jonesday.com<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2017, the foregoing was filed via the Court's CM/ECF system.  Counsel of record indicated on the filing receipt will receive notice of, and will be able to access, the filing via the Court's system.

/s/ Emmett E. Robinson
*An Attorney for Defendant*
*Experian Information Solutions, Inc.*